1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT
9          CENTRAL DISTRICT OF CALIFORNIA
10
11   NORMAN ED HODGE,                )     Case No. EDCV 07-762-GW (OP)
                                     )
12                    Petitioner,    )     ORDER ADOPTING FINDINGS,
                                     )     CONCLUSIONS, AND
13          vs.                      )     RECOMMENDATIONS OF
                                     )     UNITED STATES MAGISTRATE
14   V. M. ALMAGER, Warden,          )     JUDGE
                                     )
15                    Respondents.   )
16   _____  )
17
18        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the
19   records and files herein, and the Report and Recommendation of the United States
20   Magistrate Judge, de novo.   The Court concurs with and adopts the findings,
21   conclusions, and recommendations of the Magistrate Judge.
     / / /
22   / / /
23   / / /
24
25
26
27
28

IT IS ORDERED that Judgment be entered:  (1) approving and adopting this Report and Recommendation; and (2) denying the Petition and dismissing this action with prejudice.

DATED: March 2, 2010

_____
HONORABLE GEORGE H. WU
United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge